```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
ELIZABETH M. CASERTA           :    CIVIL ACTION
                               :
     v.                        :
                               :
GEICO GENERAL INSURANCE        :
COMPANY                        :    NO. 11-3537
```

ORDER

AND NOW, this 29th day of September, 2011, upon consideration of the defendant's Motion for Judgment on the Pleadings (Docket No. 5), the response, reply, sur-reply, and response to sur-reply thereto, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED.  Judgment is hereby ENTERED in favor of the above-named defendant and against the plaintiff.  This case is closed.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```